# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: Tikita Marshall** ) | |
| ) | **Case No:** 18 B 05512 |
| ) | **Judge:** Goldgar |
| ) | **Chapter** 13 |
| **Debtor** ) | |

## NOTICE OF MOTION

**Served upon the following parties electronically:**
**Office of United States Trustee**, Dirksen Federal Building, 219 S. Dearborn, St., Room 873, Chicago, IL 60604
**Trustee:** Marilyn O. Marshall, 224 S Michigan, Ste. 800, Chicago, IL 60604
**and served upon the following parties via U.S. Mail:**
**Debtor**: Tikita Marshall, 8042 S. Winchester, Chicago, IL 60620
**See Attached Service List**

PLEASE TAKE NOTICE that on January 8, 2019 at 9:30 a.m., or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Goldgar, or any other Bankruptcy Judge presiding in his place in Courtroom 642 of the Dirksen Federal Building, 219 S. Dearborn St., Chicago, Illinois, on the attached Motion to Modify Plan, and shall request that the attached Order be entered, at which time you may appear if so desired.

## PROOF OF SERVICE

I, The undersigned, an attorney, hereby certify that a copy of this notice was served electronically or mailed to the above persons, at her respective addresses, postage prepaid, by depositing in the U.S. Mail at 211 W. Wacker Dr., Chicago, IL 60606, before 6:00 p.m. on or before December 17, 2018.

_____/s/ Jason Blust_____
Jason Blust
Law Office of Jason Blust, LLC
211 W. Wacker Dr., Ste. 300
Chicago, IL 60606
312-273-5001

```
Label Matrix for local noticing          Atlas Acquisitions LLC              U.S. Bankruptcy Court
0752-1                                   294 Union St.                       Eastern Division
Case 18-05512                            Hackensack, NJ 07601-4303           219 S Dearborn
Northern District of Illinois                                                7th Floor
Chicago                                                                      Chicago, IL 60604-1702
Mon Dec 17 15:19:11 CST 2018

Account Recovery Services                Afni, Inc.                          Allgate Financial
3031 N 114th Street                      PO Box 3097                         707 Skokie Blvd Ste. 375
Milwaukee, WI 53222-4218                 Bloomington, IL 61702-3097          Northbrook, IL 60062-2882


American Collections                     Arnold Scott Harris                 Atlas Acquisitions LLC   (American Credit Acc
919 Estes Ct.                            111 W. Jackson Blvd., Ste. 600      294 Union St.
Schaumburg, IL 60193-4436                Chicago, IL 60604-3517              Hackensack, NJ 07601-4303


Cb/Dots                                  City Of Chicago Department of Finance   City of Chicago Parking
PO Box 182789                            C/O Arnold Scott Harris P.C.        Dept of Revenue
Columbus, OH 43218-2789                  111 W Jackson Blvd Suite 600        PO Box 88292
                                         Chicago, IL 60604-3517              Chicago, IL 60680-1292


Credit Management, LP                    Credit Union 1                      Diversified Adjustment
Attn: Bankruptcy                         450 E 22nd Street                   600 Coon Rapids Blvd NW
Po Box 118288                            Suite 250                           Minneapolis, MN 55433-5549
Carrollton, TX 75011-8288                Lombard, IL 60148-6176


GFC Lending, LLC                         Heritage Acceptance                 Heritage Acceptance Corp.
PO BOX 29018                             1420 S Michigan Ave.                118 S. Second St.
PHOENIX, AZ 85038-9018                   Notre Dame, IN 46556                Elkhart, IN 46516-3113


Illinois Collection Service              Illinois Department of Human Serv.  Illinois Department of Human Serv.
PO Box 1010                              100 S. Grand Ave.                   Cash Management Unit
Tinley Park, IL 60477-9110               Springfield, IL 62704-3802          Dolton, IL 60419


Illinois Department of Human Services    Illinois Tollway                    Medical Business Bureau
IL Attorney General                      2700 Ogden Ave                      1460 Renaissance Drive
100 W. Randolph St., 13th Fl.            Downers Grove, IL 60515-1703        Ste. 400
Chicago, IL 60601-3397                                                       Park Ridge, IL 60068-1349


Security Check                           (p)SPRINT NEXTEL CORRESPONDENCE     Sunrise Credit Service
2612 Jackson Ave W                       ATTN BANKRUPTCY DEPT                260 Airport Plaza
Oxford, MS 38655-5405                    PO BOX 7949                         Farmingdale, NY 11735-4021
                                         OVERLAND PARK KS 66207-0949


T Mobile/T-Mobile USA Inc                Uscb Corporation                    Jason Blust
by American InfoSource LP as agent       Po Box 75                           Law Office of Jason Blust, LLC
4515 N Santa Fe Ave                      Archbald, PA 18403-0075             211 W. Wacker Drive
Oklahoma City, OK 73118-7901                                                 Ste. 300
                                                                             Chicago, IL 60606-1390
```

Marilyn O Marshall
224 South Michigan Ste 800
Chicago, IL 60604-2503

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Tikita L. Marshall
8042 S. Winchester
Chicago, IL 60620-5326

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Sprint
PO Box 4191
Carol Stream, IL 60197

(d)Sprint Corp
Attention Bankruptcy
PO Box 7949
Overland Park, KS 66207-0949

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Atlas Acquisitions LLC
294 Union St.
Hackensack, NJ 07601-4303

End of Label Matrix
Mailable recipients    32
Bypassed recipients     1
Total                  33

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: Tikita Marshall ) | |
| ) | Case No:  18 B 05512 |
| ) | Judge:    Goldgar |
| ) | Chapter   13 |
| Debtor ) | |

**MOTION TO MODIFY PLAN**

Now comes Tikita Marshall (hereinafter referred to as "Debtor"), by and through her attorneys, and moves this Honorable Court for entry of an Order Modifying Plan, pursuant to section 1329 of the bankruptcy code, and in support thereof, respectfully represents as follows:

1. On February 28, 2018, the Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code.

2. This Honorable Court confirmed the Debtor's Chapter 13 plan on April 17, 2018.  The confirmed plan called for payments of $245.00 for 36 months, paying unsecured creditors 10% on their claims.

3. The Debtor fell behind on plan payments because she was off work from September to October 2018. Her daughter had neck and knee surgery. She was off work to care for her daughter while her daughter was unable to walk after surgery. As a result, a default accrued. Debtor has now returned to work, and debtor's mother is caring for her daughter. She will be able to continue making plan payments going forward.

5. The Debtor has resumed plan payments and believes she can continue to make plan payments if her current default is deferred to the end of the plan.

6. If the Debtor's default is deferred, the unsecured creditors will still receive at least 10% on their claims, and the plan will complete within 60 months.

**WHEREFORE**, Debtor prays that this Honorable Court enter an Order for the following relief:

1. Deferring her current plan payment default; and
2. For such other relief as this Court deems proper under the circumstances.

Respectfully submitted,

_____/s/ Jason Blust_____
Jason Blust
Law Office of Jason Blust, LLC
211 W. Wacker Dr., Ste. 300
Chicago, IL 60606
312-273-5001